# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tammy Marlene Sulger,<br><br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>  Defendant. | **NO. CV-25-00407-TUC-RCC (JR)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 22, 2025, the decision of the Commissioner of Social Security is REVERSED, and this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Order.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

September 22, 2025

                                        s/ V Santamaria
                                By  Deputy Clerk